No. D–1961. IN RE DISBARMENT OF WEISSER. Michael Harris Weisser, of North Miami Beach, Fla., is suspended from the

practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.